ORIGINAL 

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ASSET RECOVERY TRUST<br>P.O. BOX 4296<br>COSTA MESA, CA 92628-4296<br>PH:  714-546-8100<br>FAX: 714-435-1792 | FILED<br>NOV - 2 2007<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:  DRKOOP COM INC.<br><br><br><br>                                                          Debtor. | CASE NUMBER LA 01-47426 TD<br><br>HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 2,680.72 _____ which is the sum of all monies deposited with the court on the following date(s) unknown _____
on behalf of the creditor STEPHEN PLUTSKY _____ on claim number(s) unknown _____

2. Please check and complete the applicable subparagraph(s) below:

    ☐  a.  I am the creditor named in paragraph 1.

    ☐  b.  I am an employee of the creditor named in paragraph 1 and my title is _____.
    The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

    ☒  c.  I am the creditor and have appointed  ASSET RECOVERY TRUST
    as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ☐  d.  Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

_____
_____
_____

*(Continued on next page)*

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

| Motion for Order Releasing Unclaimed Funds - *Page 2* | **F 3011-1** |
|---|---|
| In re DRKOOP COM INC.                    Debtor. | CHAPTER 7<br>CASE NUMBER LA 01-47426 TD |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   STEPHEN PLUTSKY

   19285 Berclair Lane

   Tarzana, CA 91356

   818-343-8332

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   SEE CERTIFIED STATEMENT ATTACHED.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

| Motion for Order Releasing Unclaimed Funds - *Page 3* | F 3011-1 |
|---|---|
| In re DRKOOP COM INC.                     Debtor. | CHAPTER 7<br>CASE NUMBER LA 01-47426 TD |

_____
Creditor

(Corporate Seal

if applicable)

STEPHEN PLUTSKY
*Type or Print Creditor's Name*

19285 Berclair Lane
Creditor's Address

Tarzana, CA 91356

STATE OF CALIFORNIA, COUNTY OF __Los Angeles__

On __10/8/07__ before me, personally appeared *(insert name and title of the signer)* __Stephen Plutsky__

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

__Kelly Charpenet__
Notary Public

(SEAL)

My commission expires on __9/2/08__



KELLY CHARPENET
Commission # 1510917
Notary Public - California
Los Angeles County
My Comm. Expires Sep 2, 2008

Revised May 2004   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   F 3011-1

| Motion for Order Releasing Unclaimed Funds - *Page 4* | **F 3011-1** |
|---|---|

| In re DRKOOP COM INC. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 01-47426 TD |

*Signature of Attorney/Attorney-in-Fact (if appointed)*

AL MELONE for ASSET RECOVERY TRUST
*Type or Print Name*

P.O. BOX 4296
Address

COSTA MESA, CA 92628-4296

STATE OF CALIFORNIA, COUNTY OF ___Orange___

On ___October 18 2007___ before me, personally appeared *(insert name and title of the signer)* ___Denise C. Woodard Notary___ appeared Al Melone

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*Notary Public*

(SEAL)

My commission expires on ___Oct 07 09___

DENISE C. WOODARD
COMM. #1611516
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Expires October 7, 2009

Presented by:

ASSET RECOVERY TRUST

P.O. BOX 4296

COSTA MESA, CA 92628-4296

| | |
|---|---|
| Motion for Order Releasing Unclaimed Funds - *Page 5* | **F 3011-1** |
| In re DRKOOP COM INC. | CHAPTER 7 |
| Debtor. | CASE NUMBER LA 01-47426 TD |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on __10-18-07__, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

UNITED STATES ATTORNEY
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

UNITED STATES TRUSTEE'S OFFICE
725 S FIGUEROA, 26TH FLOOR
LOS ANGELES, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

| | |
|---|---|
| Edward M. Wolkowitz | Douglas D. Kappler |
| 1888 Century Park East #1500 | 1888 Century Park East #1500 |
| Los Angeles, CA 90049 | Los Angeles, CA 90049 |

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

| | |
|---|---|
| DRKOOP COM INC. | Charles W. Hokanson |
| 225 Arizona Ave. #250 | 601 South Figueroa #1500 |
| Santa Monica, CA 90401 | Los Angeles, CA 90017 |

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

10-18-07
Date

Signature
AL MELONE
*Type or Print Name*

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 3011-1

# LIMITED POWER OF ATTORNEY/
# DECLARATION

I do hereby grant to ASSET RECOVERY TRUST, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

> To reclaim, recover, and return unclaimed funds in the amount of **$2,680.72** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

**I do hereby declare that my name is STEPHEN PLUTSKY, that I am currently located at 19285 Berclair Lane, Tarzana, CA 91356, that my phone number is 818-343-8332, that the enclosed Proof of Claim is a true and correct copy of the original, that I am a rightful creditor of DRKOOP COM INC., Case LA 01-47426 TD, and that I am entitled to this unclaimed dividend.**

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED __10-8-07__   SIGNED __/s/ [signature]__

NAME   __STEPHEN PLUTSKY__

SUBSCRIBED AND SWORN TO BEFORE ME THIS __8th__ DAY OF __October__, 2007,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

__Kelly Charpenet__
NOTARY PUBLIC IN AND FOR

[SEAL]

The State of __CALIFORNIA__

My Commission expires on __9/8/08__

KELLY CHARPENET
Commission # 1510917
Notary Public - California
Los Angeles County
My Comm. Expires Sep 2, 2008

FORM B10 (Official Form 10)(4/01)

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM |
|---|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | | |
| Name of Debtor: DRKOOP COM INC | Case Number: LA 01-47426-TD | |
| | Credit id: 156 | |

NOTE: *[partially obscured notice text]*

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
STEPHEN PLUTSKY

Name and Address where notices should be sent:
STEPHEN PLUTSKY
CHIEF FINANCIAL OFFICER
225 ARIZONA AVENUE SUITE 250
SANTA MONICA, CA 90401

Telephone Number: 310 395-5061

- ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- ☐ Check box if you have never received any notices from the bankruptcy court in this case.
- ☐ Check box if the address differs from the address on the envelope sent to you by the court.

156

*THIS SPACE IS FOR COURT USE ONLY*

Account or other number by which creditor identifies debtor:
Check here if ☐ replaces ☐ amends  a previously filed claim, dated _____

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☒ Wages, salaries, and compensation (fill out below)
  Your SS #: 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
  Unpaid compensation for services performed
  from 8/22/00 to 12/12/01
  (date)    (date)

**2. Date debt was incurred:** 12/17/01

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 52,608.27
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 4,650
Specify the priority of the claim:
- ☒ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

*THIS SPACE IS FOR COURT USE ONLY*

156

**Date:** 2/7/02

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim** (attach copy of power of attorney, if any): [signature] STEPHEN PLUTSKY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

